**EXHIBIT 2**



# DROS ENTRY SYSTEM FOR THE INTERNET

## DROS Entry Application User Manual
### Doc Ver 9.02 / App Ver 3.34

Federal and Systems Integrators
Government Strategic Services
Application Solutions
Sacramento, CA

© 2007 Verizon. All Rights Reserved. The names, logos, and taglines identifying Verizon's products and services are proprietary marks of Verizon or its subsidiaries. All other trademarks and servicemarks are property of their respective owners.

DROS Entry System for the Internet
DROS Entry Application User Manual
Doc Ver 9.02 / App Ver 3.34

Application Solutions
April 30, 2007 3:37 pm TD

# Table of Contents

Chapter 1:   **Introduction** .................................................... 7
    DROS Entry System Overview ........................................ 8
    Background Eligibility Checks ....................................... 8
    The Internet Process ............................................... 8
    DROS Service Center .............................................. 8
    About this Manual ................................................ 8
    Hardware and Software Requirements ............................... 10

Chapter 2:   **Getting Started** ................................................ 11
    Downloading and Installing the DROS Application .................... 12
      To Install the DROS Application ................................. 12
    Setting Up Internet Explorer to Print a DROS ........................ 19
      To set up Internet Explorer ..................................... 19
    Logging into the DROS Entry System ............................... 21
      To Log Into the Application .................................... 21
    Changing a Master or Secondary Password .......................... 27
      To Change a Password ........................................ 27

Chapter 3:   **Processing a DROS** ............................................ 29
    Important Information ............................................ 30
    Read Me First ................................................... 31
    Receiving a Dealer ID and Password ............................... 31
    Moving Around the DROS Entry System ............................. 31
    Working with Fields and Drop-Down Menus ......................... 32
    Using Help ..................................................... 33
    Using the Status Bar ............................................. 33
    Printing a CA Firearm Dealer Billing Enrollment Form ................. 34
      To Print an Enrollment Form ................................... 34
    Entering a Handgun Dealer Sale Transaction ........................ 35
      To Enter a Handgun Dealer Sale Transaction ..................... 35
    Entering Revolver/Pistol Information ............................... 37
      To Enter Revolver/Pistol Information ............................ 38
    Entering Purchaser Information ................................... 39
      To Enter Purchaser Information ................................ 40
    Previewing a DROS ............................................... 42
      To Preview a DROS ........................................... 42
    Sending the DROS to the DOJ ..................................... 43
      To Send the DROS to the DOJ .................................. 43
    Receiving a DROS Number ........................................ 44
      To Print the DROS ............................................ 44

## DMV-Reject DROS Notice

A **DMV Reject** notice is generated when a DROS transaction is rejected and returned because the driver's license or identification card status is not valid. The notice is also generated when the purchaser's provided information conflict with the files maintained by the Department of Motor Vehicles (DMV).

After receiving the notice, the dealer should cancel the sale and not deliver the gun to the purchaser. Consequently, a DMV-reject DROS must be resubmitted as a new transaction with applicable fees and waiting period.

An example of a printed DMV-Reject DROS transaction notice is shown in Figure 45.



Figure 45: Sample DMV-Reject DROS Transaction Notice

## Delay DROS Notice

A **Delay** notice is generated when a purchaser's eligibility can not be determined by the DOJ within the 10-day waiting period. If a dealer receives a Delay notice, they must place the sale on a "temporary hold" and wait for the final determination from the DOJ.

Another notice will be generated when the purchaser's eligibility has been determined.

An example of a printed Delay DROS transaction notice is shown in Figure 46.



Figure 46: Sample Delay DROS Transaction Notice

## Deny After Delay DROS Notices

A **Deny after Delay** notice is generated as a follow up to a Delay/More Info or Delay notice. A Deny after Delay notice indicates that the purchaser is not eligible to possess or purchase a firearm. Therefore, do not release the firearm to the purchaser.

An example of a printed Deny After Delay DROS transaction notice is shown in Figure 49.



Figure 49: Sample Deny After Delay DROS Transaction Notice

# Release After Delay DROS Notices

A **Release After Delay** notice is generated as a follow up to a Delay/More Info or Delay Notice. A Release after Delay notice indicates that the eligibility of the purchaser has been obtained and the firearm may be delivered to the purchaser.

An example of a printed Release After Delay DROS transaction notice is shown in Figure 50.



Figure 50: Sample Release After Delay DROS Transaction Notice

## Denial DROS Notices

A **Denial** notice is generated when DOJ records indicate that the purchaser is not eligible to possess a firearm. Therefore, do not release the firearm to the purchaser.

In the case of a Private Party Sale, if the purchaser is prohibited from possessing a firearm, a background check is then performed on the seller. If the seller is prohibited, the dealer must not return the firearm to the seller. Instead, the firearm should be surrendered to law enforcement.

An example of a printed Denial DROS transaction notice is shown in Figure 51.



Figure 51: Sample Denial DROS Transaction Notice