**EXHIBIT 3**

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



DIVISION OF LAW ENFORCEMENT
BUREAU OF FIREARMS
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-3752
Facsimile: (916) 227-3744

August 17, 2012

TEN PERCENT FIREARMS
1277 KERN ST
TAFT, CA 93268

Re: Dealer's Record of Sale Number: 6431-01566
   Dated:
   Purchaser:            DARRIN DUANE OWEN

## DELAY DELIVERY
## DO NOT RELEASE THE FIREARM
## UNTIL FURTHER NOTICE FROM DOJ

Dear Firearms Dealer:

The Department of Justice is required, pursuant to California law, to notify the dealer when a potential purchaser is prohibited from purchasing a firearm, or if the firearm involved in the sale/transfer has been reported stolen. We are unable to determine one of the aforementioned issues at this time. Therefore, **we cannot authorize release of the firearm(s) to the purchaser**.

We regret any inconvenience to you and the purchaser resulting from this delay. You will be notified as soon as the information pertaining to this sale/transfer has been confirmed.

If you have any questions, please contact Firearms Purchaser Clearance Section at (916) 227-3752.

Sincerely,

GERRI KANELOS, Manager
Bureau of Firearms

For KAMALA D. HARRIS
Attorney General

https://dros.appsolgrp.com/mhd-bin/x.pl?template=noticesDL.html&dros_number=6431-01566&sale_date=&notification_da...   8/17/2012