# EXHIBIT 4

Case 2:13-at-01082   Document 1-4   Filed 09/19/13   Page 2 of 2

*KAMALA D. HARRIS*
*Attorney General*

S/w/customer
5/16/13 CH

*State of California*
*DEPARTMENT OF JUSTICE*

DIVISION OF LAW ENFORCEMENT
BUREAU OF FIREARMS
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-3752
Facsimile: (916) 227-3744

May 16, 2013

TURNER'S OUTDOORSMAN
4200 CHINO HILLS PRKWY 600
CHINO HILLS, CA 91709

Re: Dealer's Record of Sale Number:  6704-02356
    Dated:  May 09, 2013
    Purchaser:  OLEN JOE DAUGHERTY

## DELAY DELIVERY
## DO NOT RELEASE THE FIREARM
## UNTIL FURTHER NOTICE FROM DOJ

Dear Firearms Dealer:

The Department of Justice is required, pursuant to California law, to notify the dealer when a potential purchaser is prohibited from purchasing a firearm, or if the firearm involved in the sale/transfer has been reported stolen. We are unable to determine one of the aforementioned issues at this time. Therefore, **we cannot authorize release of the firearm(s) to the purchaser**.

We regret any inconvenience to you and the purchaser resulting from this delay. You will be notified as soon as the information pertaining to this sale/transfer has been confirmed.

If you have any questions, please contact Firearms Purchaser Clearance Section at (916) 227-3752.

Sincerely,

GERRI KANELOS, Manager
Bureau of Firearms

For  KAMALA D. HARRIS
Attorney General

https://dros.appsolgrp.com/mhd-bin/x.pl?template=noticesDL.html&dros_number=6704-02356&sale_date=Ma...   5/16/2013